IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ORPHANIDIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BONANZA CREEK ENERGY, INC., JAMES E. CRADDOCK, ERIC T. GREAGER, CARRIE L. HUDAK, PAUL KEGLEVIC, AUDREY ROBERTSON, BRIAN STECK, and JEFFREY E. WOJAHN,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-07618-VEC<br><br>**MEMO ENDORSED**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/8/2021 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff James Orphanidis hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 5, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

Application GRANTED. The Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

*[signature]*   11/8/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE